**CYNTHIA G. STARKEY**, SBN: 112072
Law Offices of Cynthia G. Starkey
1153 Saratoga Avenue
San Jose, CA 95129
Phone: (408) 247-3454
Fax: (408) 247-7954

**LINDA S. ZISKIN**, SBN: 196293
Ziskin Law Office
linda@ziskinlawoffice.com
PO Box 753833
Las Vegas, NV 89136
Voice: (503) 889-0472
Fax:   (888) 889-5776
  Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDRES RAMIREZ III, | Case No. 3:13-cv-01688-EMC |
| Plaintiff, | |
| vs. | STIPULATED MOTION FOR ATTORNEYS' FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT |
| CAROLYN W. COLVIN, Commissioner of Social Security Administration, | |
| Defendant. | |

The parties agree that Plaintiff is entitled to an award of attorney's fees and expenses to be paid by the Defendant pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412, subject to any allowable offset under the Department of the Treasury's Offset Program.  See *Astrue v. Ratliff*, 130 S.Ct. 2521 (2010).

The parties agree that an award of attorney's fees in the amount of **$5292.66** shall be awarded to Plaintiff.  If it is determined that Plaintiff's EAJA fees are not subject to any offset allowed under the Department of the Treasury's Offset Program, then the check for EAJA fees shall be made payable to Plaintiff's attorney, Cynthia G. Starkey, based upon Plaintiff's assignment of these amounts to Plaintiff's attorney.

Finally, the parties agree that whether the check is made payable to Plaintiff, or to Cynthia G. Starkey, the check shall be mailed to Plaintiff's attorney at the following address:

**CYNTHIA G. STARKEY**
Law Offices of Cynthia G. Starkey
1153 Saratoga Avenue
San Jose, CA 95129

Respectfully submitted this 19th day of March, 2014.

/s/ Linda S. Ziskin

LINDA S. ZISKIN
Of Attorneys for Plaintiff
(503)889-0472

STIPULATED MOTION FOR EAJA FEES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDRES RAMIREZ III, | Case No. 3:13-cv-01688-EMC |
| Plaintiff, | |
| vs. | P~~ROPO~~SED ORDER |
| CAROLYN W. COLVIN,<br>Commissioner of Social Security Administration, | |
| Defendant. | |

Based upon the Stipulation of the parties, the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412, and Plaintiff's EAJA petition, it is hereby ordered that EAJA attorney's fees of **$5292.66** shall be awarded to Plaintiff, unless there is an allowable offset under the Department of the Treasury's Offset Program. See *Astrue v. Ratliff*, 130 S.Ct. 2521 (2010). There are no costs or expenses.

If it is determined that Plaintiff's EAJA fees are not subject to any offset allowed under the Department of the Treasury's Offset Program, then the check for EAJA fees shall be made payable to Plaintiff's attorney, Cynthia G. Starkey, based upon Plaintiff's assignment of these amounts to Plaintiff's attorney.

///

///

///

Any check for EAJA fees should be mailed to Plaintiff's attorney as follows:

**CYNTHIA G. STARKEY**
Law Offices of Cynthia G. Starkey
1153 Saratoga Avenue
San Jose, CA 95129

DATED this ___21st___ day of March, 2014.

_____

**GRANTED**

Judge Edward M. Chen

Presented by:

/s/__Linda Ziskin_____
**LINDA ZISKIN,** SBN: 196293
(503) 889-0472
Of Attorneys for Plaintiff

2- PROPOSED ORDER