UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDRES RAMIREZ,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CAROLYN W. COLVIN,<br><br>　　　　Defendant. | Case No. 13-cv-01688-EMC<br><br>**ORDER RE SUPPLEMENTAL BRIEFING**<br><br>Docket No. 27 |

On January 18, 2016, counsel for Plaintiff Andres Ramirez III filed a motion for approval of attorney's fees pursuant to 42 U.S.C. § 406(b) in the amount of $12,814.75. Docket No. 27. However, Plaintiff's counsel did not attach the operative fee agreement. Plaintiff's counsel is to file the fee agreement, as well as records of time spent at the trial level. Plaintiff's counsel should also address the *Gisbrecht v. Barnhart*, 535 U.S. 789 (2002) factors for reasonableness, *i.e.*, the character of the representation, the absence of undue delay, and a showing that the benefits are in proportion to the time spent on the case. Filings will be due by **February 24, 2016**.

**IT IS SO ORDERED**.

Dated: February 17, 2016

　　　　　　　　　　　　　　　　　　　　　　　
EDWARD M. CHEN
United States District Judge